**MDL 1720**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE



# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| ) | |
| IN RE PAYMENT CARD INTERCHANGE) | MDL Docket No. 1720 |
| FEE AND MERCHANT DISCOUNT ) | |
| ANTITRUST LITIGATION ) | |
| ) | |
| ) | |

## KROGER PLAINTIFFS' DESIGNATION
## OF ATTORNEY TO RECEIVE SERVICE

    Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, Plaintiffs The Kroger Co., Albertson's, Inc., Safeway, Inc., Ahold U.S.A.,

Inc., Maxi Drug, Inc., Eckerd Corporation and Walgreen Co. hereby designate the following attorney

to receive service of all pleadings, notices, orders and other papers relating to practice before the

Judicial Panel on Multidistrict Litigation:

                Richard Alan Arnold, Esq.
                Kenny Nachwalter, P.A.
                201 South Biscayne Boulevard
                1100 Miami Center
                Miami, Florida 33131

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

Dated:  August 9, 2005

Respectfully submitted,

Richard Alan Arnold
William J. Blechman
Scott E. Perwin
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by United States mail this 9th day of August, 2005 on all counsel listed on the attached service list.

Scott E. Perwin

228814.1

RECEIVED CLERK'S OFFICE
2005 AUG 10 A 10: 45
PANEL ON MULTIDISTRICT LITIGATION

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO** AUG 2 2005
**THE JUDICIAL PANEL NO LATER THAN**
(Noon Eastern Time)   August 12, 2005  FILED
**Panel Fax No.: (202) 502-2888**   CLERK'S OFFICE .

MDL DOCKET No. 1720 -- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Plaintiff Bonte Wafflerie LLC

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Bonte Wafflerie LLC, et al. v. Visa U.S.A., et al.

USDC, Southern District of New York

05-CV-6708

*RECEIVED CLERK'S OFFICE*
*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION 2005 AUG -8 A 10: 50*

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

August 8, 2005
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Steven A. Asher
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Telephone No.: _215-545-7200_          Fax No.: _215-545-6535_

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   August 19, 2005**
Panel Fax No.: (202) 502-2888

AUG 2005
CLERK'S OFFICE

MDL DOCKET No. **1720**-- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant—attach list if necessary):**

Plaintiffs Parkway Corporation and Quality Koi Company Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Parkway Corporation and Quality Koi Company Inc., et al. v. Visa U.S.A., Inc.,
Visa International, and Mastercard International Incorporated
(S.D.N.Y., C.A. No. 05-CV-6349)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_August 11, 2005_
Date

_Michael J. Boni_
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Michael J. Boni
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA  19107

2005 AUG 11  P 3:03
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

Telephone No.: **215-238-1700**    Fax No.: **215-238-1968**

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON LITIGATION

AUG 12 2005

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   August, 2005**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. 1720 – In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant—attach list if necessary):**

Plaintiff Lakeshore Interiors

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Lakeshore Interiors v. VISA U.S.A., VISA International Service Association,
MasterCard Incorporated, and MasterCard International; Case No. 1:05-cv-06683-UA
(S. D. N. Y., Foley Square)

*************************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

____August 12. 2005____                    _____
            Date                              Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
W. Joseph Bruckner
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401

Telephone No.: (612) 339-6900                    Fax No.: (612) 339-0981

### ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : | **MDL Docket No. 1720** |

### PLAINTIFF TABU SALON & SPA, INCORPORATED'S
### DESIGNATION OF ATTORNEY TO RECEIVE SERVICE

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiff Tabu Salon & Spa, Incorporated hereby designates the following attorney to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation:

> Merrill G. Davidoff
> Berger & Montague, P.C.
> 1622 Locust Street
> Philadelphia, PA 19103

Dated: August 11, 2005                    Respectfully submitted,



H. Laddie Montague, Jr., Esq.
Merrill G. Davidoff, Esq.
Bart D. Cohen, Esq.
Edward W. Millstein, Esq.
Michael J. Kane, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Counsel for Tabu Salon & Spa, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG 1 2 2005

**TO:**  Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C.  20002

**THIS FORM MUST BE RETURNED AND FILED
THE JUDICIAL PANEL NO LATER THAN OFFICE.
(Noon Eastern Time)** August 8, 2005
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1720**-- In re Payment Card Surcharge Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Plaintiffs ROOKIES, INC. and JASA, INC.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

ROOKIES, INC., et al. v. VISA U.S.A., INC., et al.

U.S.D.C. Northern District of California Case No. C 05-2933 BZ

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____8/4/05_____
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**  Kevin K. Eng (State Bar No. 209036)
Markun Zusman & Compton LLP
465 California Street, Suite 500
San Francisco, CA 94104

RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Telephone No.: (415) 438-4515                    Fax No.: (415) 434-4505

### ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| ) | |
| ) | |
| IN RE PAYMENT CARD INTERCHANGE ) | MDL Docket No. 1720 |
| FEE AND MERCHANT DISCOUNT ) | |
| ANTITRUST LITIGATION ) | |
| ) | August 11, 2005 |
| ) | |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
HSBC HOLDINGS PLC**

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multi-

district Litigation, HSBC Holdings plc hereby designates Patricia Farren to receive service at the

address set forth below of all pleadings, notices, orders and other papers relating to the

proceedings in this matter.

Respectfully submitted,

Patricia Farren (PF 4558)

Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702
Tel:   212-701-3000
Fax:  212-269-5420
Email:  Pfarren@cahill.com

Attorneys for Defendant
HSBC Holdings plc

RECEIVED
CLERK'S OFFICE
2005 AUG 12  A 8: 54
AL PANEL ON
TIDISTRICT
LIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |
| --- | --- |
| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation )))) | MDL DOCKET NO. 1720 |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS CAPITAL ONE BANK, CAPITAL ONE F.S.B., AND CAPITAL ONE FINANCIAL CORPORATION

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, Capital One Bank, Capital One F.S.B., and Capital One Financial

Corporation hereby designate Andrew Frackman to receive service at the address set

forth below of all pleadings, notices, orders, and other papers relating to the proceedings

in this matter.

RECEIVED
CLERK'S OFFICE
2005 AUG 10  A 10: 48
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Date: August 9, 2005

Respectfully submitted,

Andrew Frackman

Andrew Frackman
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: 212-326-2017
Facsimile: 212-326-2061

*Attorney for Capital One Bank, Capital One F.S.B., and Capital One Financial Corporation*

ORIGINAL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| _____ ) | |
| ) | |
| In re Interchange Fee and Merchant Discount ) | |
| Antitrust Litigation ) | MDL Docket No. _____ |
| ) | |
| ) | |
| _____ ) | |

## MASTERCARD INCORPORATED AND MASTERCARD
## INTERNATIONAL INCORPORATED'S DESIGNATION OF THE
## ATTORNEY TO RECEIVE SERVICE

Pursuant to J.P.M.L. Rule 5.2(c), MasterCard Incorporated and

MasterCard International Incorporated hereby designate the following attorney to receive

service of all pleadings, notices, orders and other papers relating to practice before the

Judicial Panel on Multidistrict Litigation:

> Kenneth Gallo
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1615 L Street, N.W.
> Washington, D.C. 20036-5694
> (202) 223-7300



Respectfully submitted,

BY:  PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

_Kenneth A. Gallo  / by D. Cohen_

Kenneth A. Gallo
1615 L Street, N.W.
Washington, D.C. 20036-5694
(202) 223-7300

Jay Cohen
Gary R. Carney
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Keila D. Ravelo
Wesley R. Powell
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000

*Attorneys for MasterCard Incorporated and*
*MasterCard International Incorporated*

Dated:  August 5, 2005

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   August 12, 2005**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. <u>1720</u>-- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendants Citigroup Inc., Citicorp and Citibank, N.A.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Defendants Citigroup Inc., Citicorp and Citibank, N.A. are named as
defendants in Photos Etc. Corp. et al. v. Visa U.S.A., Inc., et al.,
No. 3:05-cv-01007-WWE (D. Conn).

Other cases pending against other defendants are listed in the attached
Schedule A.

**************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated
attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice
before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am
aware that only one attorney can be designated for each party.

<u>8-10-05</u>
Date

<u>David Graham / c.g.</u>
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
David F. Graham
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 S. Dearborn Street
Chicago, IL  60603
Telephone No.: <u>(312) 853-7596</u>

Fax No.: <u>(312) 853-7036</u>

RECEIVED CLERK OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2005 AUG 11 A 11:22

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE .

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Interchange Fee and Merchant Discount Litigation | MDL Docket No. 1720 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 5.2(c)of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and with respect to the action bearing the caption *NuCity Publications, Inc. v. Visa USA Inc.*, S.D.N.Y., No. 05-5991 (assigned to Judge D. Batts), plaintiff NuCity Publications, Inc. hereby designates the following attorney to receive service of all pleadings, notices, orders and other papers relating to this action:

Joseph Goldberg
FREEDMAN BOYD DANIELS HOLLANDER & GOLDBERG, PA
20 First Plaza, Suite 700
Albuquerque, NM  87102
Telephone:       (505) 842-9960
Facsimile:       (505) 842-1925

Date: August 10, 2005

Stanley M. Grossman
Jason S. Cowart
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue
New York, New York 10017
Tel: (212) 661-1100; Fax: (212) 661-8665

**Attorneys for Plaintiff NuCity Publications, Inc.**

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| In re Interchange Fee and Merchant Discount | ) | |
| Antitrust Litigation | ) | MDL Docket No. _____ |
| | ) | |
| | ) | |

## SCHEDULE A:
## PENDING INTERCHANGE FEE AND MERCHANT DISCOUNT CASES

1. *Animal Land, Inc., on behalf of itself and all others similarly situated, v. Visa U.S.A., Inc.,* Case No. 1:05-cv-01210-JOF (N.D. Ga., Atlanta Division) (Hon. J. Owen Forrester).

2. *Photos Etc. Corporation; CHS Inc.; Traditions LTD; A Dash of Salt, L.L.C.; and Ksarra, L.L.C. v. Visa U.S.A., Inc.; Visa International Service Association; MasterCard Incorporated; MasterCard International, Inc.; Bank of America Corporation; Bank of America, N.A.; National Processing, Inc.; Bank One Corporation; Bank One, Delaware, N.A.; Chase Manhattan Bank USA, N.A.; JPMorgan Chase & Co.; First Century Bank, N.A.; First Century Bankshares, Inc.; Fleet Bank (RI), N.A.; Fleet National Bank; Capital One Bank; Capital One F.S.B.; Capital One Financial Corporation; Citicorp; Citigroup, Inc.; Citibank, N.A.; First National Bank of Nebraska; First National Bank of Omaha; HSBC Finance Corporation; HSBC Holdings, PLC; HSBC North America Holdings, Inc.; MBNA America Bank, N.A.; National City Corporation; National City Bank of Kentucky; Providian*

*Financial Corporation; Providian National Bank; RBC Centura Banks, Inc.; RBC Royal Bank of Canada; People's Bank; RBS National Bank of Bridgeport; Royal Bank of Scotland Group, PLC; Suntrust Banks, Inc.; Texas Independent Banshares, Inc.; USAA Federal Savings Bank; Wachovia Corporation; Wachovia Bank, N.A.; and Westpac Banking Corporation,* No. 3:05-cv-01007-WWE (D. Conn., New Haven Division) (Hon. Warren Eginton).

3. *NuCity Publications, Inc., Individually and on Behalf of All Others Similarly Situated, v. Visa U.S.A., Inc. and MasterCard International Incorporated,* No. 1:05-cv-05991-DAB, (S.D.N.Y., Foley Square Division) (Hon. Deborah A. Batts).

4. *Fairmont Orthopedics & Sports Medicine, PA and Gary FS Inc., Individually and on Behalf of All Others Similarly Situated v. Visa U.S.A., Inc., Visa International, and MasterCard International Incorporated,* No. 1:05-cv-06259-UA (S.D.N.Y., Foley Square Division) (unassigned).

5. *Parkway Corporation, and Quality Koi Company Inc., individually and on behalf of all others similarly situated v. Visa U.S.A., Inc., Visa International, MasterCard International Incorporated,* No. 1:05-cv-06349-UA (S.D.N.Y., Foley Square Division) (unassigned).

6. *Baltimore Avenue Food, LLC, individually and on behalf of all others similarly situated v. Visa U.S.A., Inc., Visa International and MasterCard International Incorporated,* No. 1:05-cv-06532-UA (S.D.N.Y., Foley Square) (unassigned)

7. *Broken Ground, Inc., on behalf of itself and others similarly situated v. Visa U.S.A., Inc., Visa International and MasterCard International Incorporated,* No. 1:05-cv-06543-UA (S.D.N.Y., Foley Square) (unassigned)

8. *Tabu Salon & Spa, Inc., on behalf of itself and all other similarly situated v. Visa U.S.A., Inc., Visa International Service Association, MasterCard Incorporated and MasterCard*

*International, Inc.*, No. 3:05-cv-01111-CFD (D. Conn., New Haven Division) (Hon.
Christopher F. Droney).

9. *East Goshen Pharmacy, Inc. d/b/a Optioncase of Chester County, on behalf of itself and all
others similarly situated v. Visa U.S.A., Inc., Visa International Service Association,
MasterCard Incorporated, and MasterCard International, Inc.*, No. 3:05-cv-01177-MRK (D.
Conn., New Haven Division) (Hon. Mark R. Kravitz).

10. *The Kroger Co.; Albertson's, Inc.; Safeway, Inc.; Ahold U.S.A., Inc.; Walgreen Co.; Maxi
Drug, Inc.; and Eckerd Corporation v. Visa U.S.A. Inc. and Visa International Service
Association*, No. 1:05-cv-06409-UA (S.D.N.Y., Foley Square) (unassigned).

11. *Rookies, Inc. and JASA, Inc., on behalf of themselves and all others similarly situated v. Visa
U.S.A., Inc. and MasterCard International, Inc.*, No. 3:05-cv-02933-BZ (N.D.Ca., San
Francisco Division) (Hon. Bernard Zimmerman).

12. *Randall Jasperson d/b/a Jasperson Sod Service on behalf of himself and all others similarly
situated v. Visa U.S.A., Inc. and MasterCard International, Inc.*, No. 3:05-cv-02996-MMC
(N.D.Ca., San Francisco Division) (Hon. Maxine M. Chesney).

13. *Lakeshore Interiors, on behalf of itself and all others similarly situated v. Visa U.S.A., Visa
International Service Association, MasterCard Incorporated, and MasterCard International*,
No. 1:05-cv-06683-UA (S.D.N.Y., Foley Square) (unassigned).

14. *Bonte Wafflerie LLC and David L. Hoexter, D.M.D., P.C. on behalf of itself and all other
similarly situated v. Visa U.S.A., Visa International Service Association, MasterCard
Incorporated, and MasterCard International*, No. 1:05-cv-06708-UA (S.D.N.Y., Foley
Square) (unassigned).

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re Interchange Fee and Merchant Discount Antitrust Litigation | )<br>)<br>)<br>) |

MDL DOCKET NO. 1720

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS
## JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, JPMorgan Chase & Co. and Chase Bank USA, N.A. hereby

designate Peter E. Greene to receive service at the address set forth below of all

pleadings, notices, orders, and other papers relating to the proceedings in this matter.

Date:   August 5, 2005

Peter E. Greene
Cyrus Amir-Mokri
Peter S. Julian
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, New York  10036
Telephone:  212-735-3000
Facsimile:  212-735-2000
*Attorneys for Defendants JPMorgan Chase
& Co. and Chase Bank USA, N.A.*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
AUG -8 A 11: 51
RECEIVED
CLERK'S OFFICE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**TO:**  Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C.  20002

**THIS FORM MUST BE RETURNED TO**
**THE JUDICIAL PANEL NO LATER THAN**
**(Noon Eastern Time)**   August 12, 2005
**Panel Fax No.: (202) 502-2888**

AUG 11 2005

FILED
CLERK'S OFFICE

MDL DOCKET No. **1720**-- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

    Visa International Service Association

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

_August 10, 2005_
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Randall A. Hack
Lord, Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL  60603

Telephone No.: _312-443-0676_

Fax No.: _312-896-6676_

RECEIVED
CLERK'S OFFICE
2005 AUG 11  A 11: 18
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re Interchange Fee and Merchant Discount | ) | |
| Antitrust Litigation | ) | MDL DOCKET NO. 1720 |
| | ) | |

## NOTICE OF APPEARANCE ON BEHALF OF
## WACHOVIA CORPORATION AND WACHOVIA BANK, N.A.

Comes now H. Stephen Harris, Jr., pursuant to Rule 5.2(c), of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 431 (2001), and enters his appearance as follows.  In compliance with Rule 5.2(c), of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 431 (2001), H. Stephen Harris, Jr. is designated to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of WACHOVIA CORPORATION and WACHOVIA BANK, N.A.

Respectfully submitted this 10th day of August, 2005.


_H. STEPHEN HARRIS, JR._
Georgia Bar No. 329941
MICHAEL P. KENNY
Georgia Bar No. 415064
TERESA T. BONDER
Georgia Bar No. 703969
TIMOTHY J. FETE, JR
Georgia Bar No. 005165

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
TEL: (404) 881-7000
FAX: (404) 881-7777

Attorneys for Wachovia Corporation
and Wachovia Bank, N.A.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

```
------------------------------------------------------------x
                                        :
IN RE INTERCHANGE FEE AND               :
MERCHANT DISCOUNT                       :      MDL. NO. 1720
ANTITRUST LITIGATION                    :
                                        :
------------------------------------------------------------x
```

### NOTICE OF DEFENDANTS RBC CENTURA BANKS, INC. AND
### RBC ROYAL BANK OF CANADA PURSUANT TO RULE 5.2(c)

In compliance with Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, RBC Centura Banks, Inc. and Royal Bank of Canada (sued here as RBC

Royal Bank of Canada) hereby designate the following attorney to receive all pleadings, notices,

orders and other papers relating to the proceedings in this matter:

> Brian A. Herman
> MORGAN, LEWIS & BOCKIUS LLP
> 101 Park Avenue
> New York, NY 10178
> Telephone:     (212) 309-6000
> Facsimile:     (212) 309-6001

Dated:  New York, NY
        August 5, 2005

Respectfully submitted,

By_____

Brian A. Herman
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone:     (212) 309-6000
Facsimile:     (212) 309-6001

Jonathan M. Rich
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:     (202) 739-3000
Facsimile:     (202) 739-3001

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**AUG 1 2 2005**

**FILED
CLERK'S OFFICE**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | **MDL Docket No. 1720** |

### NOTICE OF APPEARANCE OF COUNSEL FOR FIRST NATIONAL BANK OF OMAHA AND FIRST NATIONAL OF NEBRASKA, INC.

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the Defendants First National Bank of Omaha ("FNBO") and First National of Nebraska, Inc. ("FNNI"). FNBO and FNNI are defendants in the constituent action *Photos Etc. Corp., et al. v. Visa USA, Inc., et al.*, 3:05CV1007 (D.C. Ct. June 22, 2005).

I am aware that only one attorney can be designated for each party.

RECEIVED
CLERK'S OFFICE
2005 AUG 12  A 8: 42
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Dated this 11th day of August, 2005.

FIRST NATIONAL BANK OF OMAHA
AND FIRST NATIONAL OF NEBRASKA,
INC., Defendants

By: _____
Richard P. Jeffries
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186
(402) 346-6000
(402) 346-1148

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE .

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Interchange Fee and Merchant Discount  )
Antitrust Litigation                         )    MDL DOCKET NO. 1720
                                             )

## NOTICE OF APPEARANCE
## ON BEHALF OF SUNTRUST BANKS, INC.

Comes now Michael P. Kenny, pursuant to Rule 5.2(c), of the Rules of Procedure

of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 431 (2001), and enters

his appearance as follows.   In compliance with Rule 5.2(c), Michael P. Kenny is

designated to receive service of all pleadings, notices, orders, and other papers relating to

practice before the Judicial Panel on Multidistrict Litigation on behalf of SUNTRUST

BANKS, INC.

Respectfully submitted this 10th day of August, 2005.

MICHAEL P. KENNY
Georgia Bar No. 415064
H. STEPHEN HARRIS, JR.
Georgia Bar No. 329941
TERESA T. BONDER
Georgia Bar No. 703969
TIMOTHY J. FETE, JR
Georgia Bar No. 005165

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
TEL:  (404) 881-7000
FAX:  (404) 881-7777

Attorneys for SunTrust Banks, Inc.

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED** AUG 12 2005
**THE JUDICIAL PANEL NO LATER THAN**
(Noon Eastern Time)   August 12, 2005  FILED
CLERK'S OFFICE.
Panel Fax No.: (202) 502-2888

MDL DOCKET No. 1720-- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**
Defendants:   Bank of America Corporation, National Processing, Inc.,
Fleet Bank (RI), N.A., Fleet National Bank, and Bank of America, N.A.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**
Photos Etc. Corporation, et. al. v. Visa USA Inc.,et. al.
[D. Conn.] 3:05-cv-01007 -WWE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 8/11/05 | Michael R. Lazerwitz /MTW |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**   Michael R. Lazerwitz
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, DC 20006

RECEIVED CLERK'S OFFICE
2005 AUG 11 P 12: 22
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Telephone No.:   202-974-1500

Fax No.:   202-974-1999

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 12 2005

FILED
CLERK'S OFFICE.

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| In re Payment Card Interchange Fee and | ) | MDL Docket No. 1720 |
| Merchant Discount Antitrust Litigation | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS
HSBC NORTH AMERICA HOLDINGS INC. AND HSBC FINANCE CORPORATION**

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, HSBC North America Holdings Inc. and HSBC Finance Corporation hereby

designate Christopher R. Lipsett to receive service at the address set forth below of all pleadings,

notices, orders, and other papers relating to the proceedings in this matter.

Date:   August 11, 2005

Respectfully submitted,

Christopher R. Lipsett
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8880
Facsimile: (212) 230-8888

*Attorney for HSBC North America Holdings
Inc. and HSBC Finance Corporation*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 ? 2005

FILED
CLERK'S OFFICE .

# BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| In re Interchange Fee and Merchant Discount | ) | MDL DOCKET NO. 1720 |
| Antitrust Litigation | ) | |
| | ) | |

## NOTICE OF APPEARANCE ON BEHALF OF
## DEFENDANTS NATIONAL CITY CORPORATION
## AND NATIONAL CITY BANK OF KENTUCKY

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, National City Corporation and National City Bank of Kentucky

hereby designate John Majoras to receive service at the address set forth below of all

pleadings, notices, orders, and other papers relating to the proceedings in this matter.

RECEIVED
CLERK'S OFFICE
2005 AUG -3 P 3: 40
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Date:   August 3, 2005

Respectfully submitted,

John M. Majoras
Carmen M. Guerricagoitia
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  202-879-3939
Facsimile:  202-626-1700

Edward J. Sebold
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone:  216-586-3939
Facsimile:  216-579-0212

*Attorneys for National City Corporation*
*and National City Bank of Kentucky*

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG 12 2005

**TO:**   Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED** FILED
**THE JUDICIAL PANEL NO LATER THAN** CLERK'S OFFICE
**(Noon Eastern Time)   August 8, 2005**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1720**-- In re Payment Card Surcharge Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendant Visa U.S.A. Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

See attached list.

*******************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_8/4/05_____
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
   Mark R. Merley
   Arnold & Porter LLP
   555 12th Street, N.W.
   Washington, D.C. 20004

Telephone No.: _202-942-5321_

Fax No.: _202-942-5999_

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

## SHORT CASE CAPTIONS

1. *Animal Land, Inc. v. Visa U.S.A., Inc.*, Case No. 1:05-cv-01210-JOF (N.D. Ga., Atlanta Division)

2. *Photos Etc. Corporation, et al. v. Visa U.S.A. Inc., et al.* No. 3:05-cv-01007-WWE (D. Conn., New Haven Division)

3. *NuCity Publications, Inc. v. Visa U.S.A., Inc., et al.* No. 1:05-cv-05991-DAB, (S.D.N.Y., Foley Square Division)

4. *Fairmont Orthopedics & Sports Medicine, PA, et al. v. Visa U.S.A., Inc., et al.*, No. 1:05-cv-06259-UA (S.D.N.Y., Foley Square Division)

5. *Parkway Corporation, et al. v. Visa U.S.A., Inc., et al.*, No. 1:05-cv-06349-UA (S.D.N.Y., Foley Square Division)

6. *Baltimore Avenue Food, LLC, v. Visa U.S.A., Inc., et al.*, No. 1:05-cv-06532-UA (S.D.N.Y., Foley Square)

7. *Broken Ground, Inc. v. Visa U.S.A., Inc., et al.*, No. 1:05-cv-06543-UA (S.D.N.Y., Foley Square)

8. *Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc., et al.*, No. 3:05-cv-01111-CFD (D. Conn., New Haven Division)

9. *East Goshen Pharmacy, Inc. d/b/a Optioncase of Chester County v. Visa U.S.A. Inc., et al.*, No. 3:05-cv-01177-JBA (D. Conn., New Haven Division)

10. *The Kroger Co., et al. v. Visa U.S.A. Inc., et al.*, No. 1:05-cv-06409-UA (S.D.N.Y., Foley Square)

11. *Rookies, Inc., et al. v. Visa U.S.A., Inc. et al.*, No. 3:05-cv-02933-BZ (N.D.Ca., San Francisco Division)

RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2005 AUG -4 P 12: 55

12. *Randall Jasperson d/b/a Jasperson Sod Service v. Visa U.S.A., Inc., et al.*, No. 3:05-cv-02996-MMC (N.D.Ca., San Francisco Division)

13. *Lakeshore Interiors v. Visa U.S.A., et al.*, No. 1:05-cv-06683-UA (S.D.N.Y., Foley Square)

14. *Bonte Wafflerie LLC, et al. v. Visa U.S.A., et al.*, No. 1:05-cv-06708-UA (S.D.N.Y., Foley Square)

15. *JGSA, Inc.* v. *Visa U.S.A., Inc., et al.*, No. 2:05-cv-00801-WEC (E.D. Wis., Milwaukee Division)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN re PAYMENT CARD INTERCHANGE )<br>FEE AND MERCHANT DISCOUNT )<br>ANTITRUST LITIGATION ) | MDL Docket No. 1720<br><br>August 10, 2005 |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
## TEXAS INDEPENDENT BANCSHARES, INC.

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, **Texas Independent Bancshares, Inc.** hereby designates Jonathan

B. Orleans to receive service at the address set forth below of all pleadings, notices,

orders and other papers relating to the proceedings in this matter.

Respectfully submitted,

Jonathan B. Orleans (ct05440)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: jorleans@znclaw.com

Attorneys for Defendant
Texas Independent Bancshares, Inc.

2005 AUG 10   P 1: 58

RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: | ) | **MDL DOCKET NO. 1720** |
| INTERCHANGE FEE AND | ) | **NOTICE OF APPEARANCE** |
| MERCHANT DISCOUNT | ) | |
| LITIGATION | ) | |

### TO THE CLERK OF THE PANEL:

PLEASE TAKE NOTICE that, pursuant to Rules 5.2(a) and (c) of the Rules of

Procedure of the Judicial Panel on Multidistrict litigation, the undersigned hereby enter their

appearance as counsel in this action for defendant MBNA America Bank, N.A.  Service of all

pleadings, notices, orders and other papers relating to this action should be made upon the

following:

> Richard C. Pepperman, II, Esq.
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York 10004

Dated:  August 5, 2005

> Richard C. Pepperman, II
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York 10004
> Tel:  (212) 558-4000
> Fax:  (212) 558-3588

> *Attorney for Defendant*
> *MBNA America Bank, N.A.*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE .

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Interchange Fee and Merchant Discount Antitrust Litigation | ) ) ) ) ) ) |

MDL Docket No.1 720

## NOTICE OF APPEARANCE OF COUNSEL FOR USAA FEDERAL SAVINGS BANK

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, USAA Federal Savings Bank designates the undersigned counsel to receive service of

all pleadings, notices, orders and other papers related to practice in these proceedings.

Dated: New York, New York
      August _4_, 2005

Respectfully submitted,
DEFENDANT,
USAA FEDERAL SAVINGS BANK

By: _____
    William H. Rooney, Esq.
    WILLKIE FARR & GALLAGHER LLP
    787 Seventh Avenue
    New York, New York 10019-6099
    Telephone: (212) 728-8259
    Facsimile:  (202) 728-8111
    E-mail: wrooney@willkie.com
    Attorney for Defendant USAA Federal
    Savings Bank

2947890.1

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**TO**: Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)** August 12, 2005

FILED
CLERK'S OFFICE

Panel Fax No.: (202) 502-2888

MDL DOCKET No. **1720**-- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Plaintiff Broken Ground, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Broken Ground, Inc. et al v. Visa U.S.A., Inc., et al.
Civil Action No. 05-6543 (S.D.N.Y., July 18, 2005)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

August 8, 2005
Date

Signature of Attorney or Designee

2005 AUG 10 A 11: 38
RECEIVED
CLERK'S OFFICE

**Name and Address of Designated Attorney:**

Mark R. Rosen
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103

Telephone No.: (215) 963-0600

Fax No.: (215) 963-0838

## ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

A Certificate of Service will be required if the appearance is received after the due date printed above

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)    August 12, 2005**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. 1720 -- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## NOTICE OF APPEARANCE

AUG 12 2005

**PARTIES REPRESENTED (indicate plaintiff or defendant—attach list if necessary):**

FILED
CLERK'S OFFICE

Plaintiff    : David L. Hoexter, D.M.D., P.C.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).— attach list if necessary):**

Bonte Wafflerie LLC, and David L. Hoexter, D.M.D., P.C.    — SDNY — 05cv6708

vs.

Visa U.S.A.

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION    2005 AUG -8  A 10: 50    RECEIVED CLERK'S OFFICE*

************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

8/08/05
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Marian P. Rosner
Patricia I. Avery
WOLF POPPER LLP
845 Third Avenue
New York, NY  10022
**Telephone No.:** _____212-759-4600_____

**Fax No.:** ___212-486-2093___

## ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   August 12, 2005**
Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE .

MDL DOCKET No. **1720**-- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

    Baltimore Avenue Foods, LLC (Plaintiff)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

    Baltimore Avenue Foods, LLC v. Visa U.S.A., et al.
    S.D.N.Y. 05CV6532.

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2005 AUG -8   A 10: 51

RECEIVED
CLERK'S OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated
attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice
before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am
aware that only one attorney can be designated for each party.

    August 8, 2005
         Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

    Warren Rubin, Esquire
    LAW OFFICES BERNARD M. GROSS, P.C.
    Suite 450, Wanamaker Bldg.
    Juniper and Market Streets
    Philadelphia, PA  19107
Telephone No.: __215-561-3600__

Fax No.: 215-561-3000

### ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## OF MULTIDISTRICT LITIGATION

)
)
IN re PAYMENT CARD INTERCHANGE   )   MDL Docket No. 1720
FEE AND MERCHANT DISCOUNT   )
ANTITRUST LITIGATION   )

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT PEOPLE'S BANK

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, People's Bank hereby designates James T. Shearin to receive service at the address set forth below of all pleadings, notices, orders and other papers relating to the proceedings in this matter.

Respectfully Submitted

By: _____
James T. Shearin
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
Tel: (203) 330-2000
Fax: (203) 576-8888
jtshearin@pullcom.com

Bridgeport/515.30/JTS/568232v1

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO**
**THE JUDICIAL PANEL NO LATER THAN**
**(Noon Eastern Time)** August 15, 2005
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. 1720-- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

```
Fairmont Orthopedics & Sports Medicine, PA
Gary FS, Inc.
```

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

```
Fairmont Orthopedics & Sports Medicine, PA, et al. v. Visa U.S.A., Inc.,
                                                              et al.
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

8/10/05
_____
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Dennis Stewart
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
SAn Diego, CA 92101
Telephone No.: 619/338-1133

Fax No.: 619/338-1139

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:**  Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C.  20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   August 12, 2005**
Panel Fax No.: (202) 502-2888

MDL DOCKET No. <u>1720</u>-- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

PROVIDIAN FINANCIAL CORPORATION; AND
PROVIDIAN NATIONAL BANK

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

PHOTOS, ETC. CORPORATION, et al.

vs.

VISA U.S.A., INC., et al.

C.A. NO. 3:05 CV-1007 (WWE)
Pending in U.S.D.C.for Conn.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

August 10, 2005
—————————————
Date

———————————————————
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Patricia A. Sullivan, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI  02903

Telephone No.: <u>401-274-9200</u>

Fax No.: <u>401-276-6611</u>

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
## OF MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN re PAYMENT CARD INTERCHANGE ) | MDL Docket No. 1720 |
| FEE AND MERCHANT DISCOUNT ) | |
| ANTITRUST LITIGATION ) | |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS RBS, N.B. AND THE ROYAL BANK OF SCOTLAND GROUP, plc

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, RBS, N.B. and The Royal Bank of Scotland Group, plc hereby designate Mark E.

Tully at the address set forth below to receive service of all pleadings, notices, orders and

other papers relating to the proceedings in this matter.

Mark E. Tully
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617)570-1289
(617)523-1231 (fax)



Respectfully Submitted,

By: _____

James T. Shearin
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203)330-2240

*Attorney for RBS, N.B. and*
*The Royal Bank of Scotland Group, plc*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 2 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

MDL Docket No. 1720

In re Payment Card Interchange Fee and
Merchant Discount Antitrust Litigation

### NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS
### PHOTOS ETC. CORPORATION; CHS INC.; TRADITIONS LTD.;
### A DASH OF SALT, L.L.C.; AND KSARRA, L.L.C.

In compliance with Rule 4.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following

designated attorney:

> K. Craig Wildfang
> Robins Kaplan Miller & Ciresi, L.L.P.
> 2800 LaSalle Plaza
> 800 LaSalle Avenue
> Minneapolis, MN  55402
> Telephone:  612-349-8554
> Facsimile:  612-339-4181
> Email:  kcwildfang@rkmc.com

is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice

before the Judicial Panel on Multidistrict Litigation on behalf of the following Plaintiffs in *Photos*

*Etc. Corp., et al. v. Visa U.S.A. Inc., et al.*, Civil Action No. 3:05-CV-1007-WWE (D.Conn., New

Haven Division) (Hon. Warren Eginton):

Photos Etc. Corporation;
CHS Inc.;
Traditions Ltd.;
A Dash Of Salt, L.L.C.; and
KSARRA, L.L.C.

Dated: August 10, 2005

K. Craig Wildfang
ROBINS KAPLAN MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8554
Facsimile: 612-339-4181
Email: kcwildfang@rkmc.com

*Attorney for Plaintiffs Photos Etc. Corporation;
CHS Inc.; Traditions Ltd.; A Dash Of Salt, L.L.C.;
and KSARRA, L.L.C.*

2