**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
MDL Docket No. 1720

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2021, true and correct copies of (1) Notice of "Tag-Along" Action; (2) Schedule of Actions; (3) Case Docket Sheet; (4) Complaint; and (5) this Certificate of Service ("February 23, 2021 Notice of 'Tag Along' Action Papers") were electronically filed via the ECF system. The following counsel associated with the newly noticed "tag-along" action were served with paper copies of the February 23, 2021 Notice of "Tag-Along" Action Papers via Federal Express.

Kevin Y. Teruya
Adam B. Wolfson
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

*Attorneys for Intuit Inc. and Intuit Payment Solutions, LLC*

/s/ Matthew A. Eisenstein
Matthew A. Eisenstein
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
matthew.eisenstein@arnoldporter.com

*Attorney for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*