UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PAYMENT CARD INTERCHANGE FEE AND
MERCHANT DISCOUNT ANTITRUST LITIGATION               MDL No. 1720

ORDER REASSIGNING LITIGATION

    The Panel has been notified of the need to reassign the above litigation to another judge in the Eastern District of New York.

    IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Brian M. Cogan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

Karen K. Caldwell
Chair